RALPH J. MARRA, JR.
Acting United States Attorney
BY: SHANA W. CHEN
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 353-6095

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Peter G. Sheridan, U.S.D.J. |
| *Plaintiff,* | |
| v. | *Criminal No.* 07-735 |
| ELENA MORA | **FINAL ORDER OF FORFEITURE** |
| *Defendant.* | |

**WHEREAS**, on November 15, 2007, a Consent Judgment and Preliminary Order of Forfeiture was entered between the United States and the defendant, Elena Mora, pursuant to the terms of a plea agreement under which the defendant, Elena Mora, pursuant to 18 U.S.C. § 2320(b)(1), now codified in 18 U.S.C. §§ 2323(b)(1) and (B), agreed to the forfeiture of:

(1)  20 counterfeit VHS tapes;

(2)  2342 counterfeit DVDs; and

(3)  29,151 counterfeit CDs

for violation of 18 U.S.C. § 2320(a); and

**WHEREAS**, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States posted for at least 30 consecutive days on an official government forfeiture internet site, www.forfeiture.gov, between February 28, 2009 and March 29, 2009, a notice of its intent to dispose of the forfeited property in

accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the above notice, for a hearing to adjudicate the validity of their alleged legal interest in the property (Declaration of Shana W. Chen with Exhibits, Exhibit A, hereinafter "Chen Decl."); and

**WHEREAS,** no timely claims have been filed on the above-referenced property by any third parties; and

**THEREFORE** it is hereby **ORDERED, ADJUDGED AND DECREED:**

1. That a Final Order of Forfeiture is entered pursuant to 18 U.S.C. §§ 2323(b)(1) and (B) and that:

    (1) 20 counterfeit VHS tapes;

    (2) 2342 counterfeit DVDs; and

    (3) 29,151 counterfeit CDs

are hereby forfeited to the United States of America and no right, title or interest in the assets shall exist in any other party.

2. That said property shall be destroyed by the United States through its custodian, United States Department of Homeland Security, Immigration and Customs Enforcement, pursuant to 18 U.S.C. § 2323(B).

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 3 day of June, 2009

**HONORABLE PETER G. SHERIDAN**
United States District Judge

2